IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| WAYNE LEWIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:16CV816–HEH |
| J.D. WINFREE, *et al.*, | ) ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

On October 20, 2016, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on November 30, 2016, the Court directed Plaintiff to pay an initial partial filing fee of $21.28 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.



                /s/
             HENRY E. HUDSON
Date: Dec. 22, 2016      UNITED STATES DISTRICT JUDGE
Richmond, Virginia